Tyler Swain, Pro Se
treachisback@gmail.com
4889 Portland RD NE
APT 2
Salem, OR 97305
Cell: (971)-273-9524

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

TYLER SWAIN,
Plaintiff,

v.

AMERICAN HONDA MOTOR CO., INC.
Defendant.

Case No. 6:25-cv-02142-AP

NOTICE OF EVIDENCE SUBMISSION TS-28 - TS-33
DEMAND FOR JURY TRIAL

---

**NOTICE IS HEREBY GIVEN** that Plaintiff submits the following additional evidentiary exhibits into the record for the Court's consideration. These materials expand, clarify, and support issues previously raised through the pleadings, Motion to Strike, Concise Statement of Undisputed Material Facts, and impeachment submissions.

These exhibits consist of documents **personally possessed by Plaintiff at the time of sale**, **records produced in the ordinary course of Honda's internal systems**, and **corroborative evidence** demonstrating warranty coverage, maintenance history, dealership omissions, and pre-litigation defect manifestation.

This Notice is submitted to ensure the completeness of the factual record and to assist the Court in evaluating the procedural posture and substantive merits of the case.

---

## Submitted Exhibits (TS-28 through TS-33)

### TS-28 – Warranty Coverage Summary (2024 Honda Warranty Manual Excerpts)

The original Honda warranty booklet in its entirety documenting New Vehicle Limited Warranty coverage, Powertrain Warranty (5 years/60,000 miles), Federal & California (Oregon) Emissions Warranties, and related terms. These excerpts confirm warranty eligibility during all repair attempts and address the scope of manufacturer obligations.

### TS-29 – Engine Oil Capacity Specification (Owners Manual, 5.7 qt Requirement)

Relevant excerpt from the 2024 Honda Ridgeline Owner's Manual establishing the correct engine oil fill capacity of **5.7 U.S. quarts**, which contradicts dealership service entries reflecting only **5.0 quarts** dispensed. This discrepancy supports Plaintiff's allegations of inconsistent or incomplete maintenance performed by authorized dealers.

### TS-30 – Honda Corporate Service Record Highlights (MyGarage.Honda.com Printout)

A consolidated summary of service entries displayed in Honda's internal/consumer portal, demonstrating corporate-level awareness of service visits, mileage entries, and warranty repair attempts. These records supplement dealership ROs already in the record.

### TS-31 – Pre-Delivery Inspection (PDI) Checklist & Final Delivery Acknowledgment (Incomplete Copies)

Original physical PDI booklet pages provided with the vehicle at sale, including multiple yellow carbon sheets that should have remained with the dealership. These show that:
(1) the dealership failed to retain required documents;
(2) Plaintiff never received, nor signed, the Final Delivery Checklist acknowledging Lemon Law materials; and
(3) AHM received only partial PDI documentation during pre-litigation settlement review.

### TS-32 – Vehicle Buyer's Order (Financial Terms of Sale)

The complete Buyer's Order from the original purchase, establishing purchase price, fees, trade-in/loan information, warranty add-ons, and other financial terms relevant to damages calculations and statutory repurchase formulas.

### TS-33 – Code Reader Purchase Receipt (Corroborating Early Defect Manifestation)

Receipt dated **March 16, 2025** from O'Reilly Auto Parts documenting Plaintiff's purchase of a diagnostic code reader mid-trip due to repeated limp-mode events prior to the first dealership visit. This receipt corroborates Plaintiff's initial report of multiple failures and connects to Exhibits TS-19 through TS-27, where the same tool appears utilized in the truck due to ongoing reliability concerns.

---

## Purpose of Submission

These exhibits together:

- strengthen the evidentiary foundation for Plaintiff's claims;
- clarify warranty applicability;
- rebut affirmative defenses;
- establish pre-litigation defect history;
- demonstrate inconsistencies in dealership records; and
- further support the Concise Statement of Undisputed Material Facts.

Accordingly, Plaintiff respectfully submits Exhibits **TS-28 through TS-33** for inclusion in the Court's record.

---

**Respectfully submitted,**

**Tyler J. Swain**
Plaintiff, *Pro Se*

# Plaintiff’s Additional Evidence Exhibit Index

*Tyler J. Swain v. American Honda Motor Co., Inc.*
UNITED STATES DISTRICT COURT DISTRICT OF OREGON
Case No. 6:25-cv-02142-AP

| Exhibit: | Description - Notes |
|---|---|
| **TS-E28** | **Warranty Coverage Summary -** Intact Warranty Coverage |
| **TS-E29** | **Owners Manual Reference -** Oil Capacity Concern |
| **TS-E30** | **Service Highlights -** MyGarage.Honda.com |
| **TS-E31** | **PDI & Final Delivery Checklist -** Incomplete |
| **TS-E32** | **Vehicle Buyer's Order -** Financial Statement |
| **TS-E33** | **Code Reader Purchase -** Shelley Idaho (3-16-25) |