Tyler Swain, Pro Se
treachisback@gmail.com
4889 Portland RD NE
APT 2
Salem, OR 97305
Cell: (971)-273-9524

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

TYLER SWAIN,
Plaintiff,

v.

AMERICAN HONDA MOTOR CO., INC.
Defendant.

Case No. 6:25-cv-02142-AP

EVIDENCE EXHIBIT TS-31
DEMAND FOR JURY TRIAL

---

## TS-31 - Pre-Delivery Inspection & Final Delivery Checklist Irregularities

**Exhibit TS-31** consists of the full **Pre-Delivery Inspection ("PDI") and Final Delivery Checklist** booklet for the 2024 Honda Ridgeline, including **multiple carbon-copy pages that were required to be retained by the dealership**, but were instead delivered to Plaintiff inside the glovebox at the time of sale.

This exhibit documents the following material irregularities:

### 1. Dealership Failure to Properly Retain Required PDI Records:

Pages **iii–iv** of the booklet — the *yellow carbon copies* bearing the technician's signature (Dustin Groat, dated 08/19/24) — are the dealership's internal sheets, intended *for dealership retention*. Their presence in Plaintiff's possession demonstrates:

- The dealership did **not** fully retain mandatory PDI documentation.

- Any PDI file Honda Corporate reviewed (including during settlement consideration) would have technically been **incomplete**.

## 2. Missing Required "Final Delivery" Acknowledgments:

The Final Delivery Checklist (page iv) contains spaces for:

- **Dealer Initials**, and
- **Owner Initials**
  for critical consumer-protection materials, including:
- Receipt of Lemon Law Materials
- Receipt of Owner's Manual
- Receipt of Warranty Information
- Technology personalization settings (Not Offered)

**Both the dealer and owner signature/initial fields are completely blank**, demonstrating that:

- Plaintiff never received required disclosures at delivery.
- The dealer did not complete mandatory closing steps prior to releasing the vehicle. This violates Honda's own delivery protocols and undermines any defense alleging "proper delivery," "proper disclosure," or "proper onboarding."

## 3. Substantive PDI Checklist Deficiencies:

Review of pages 1–3 confirms that the technician marked numerous items as "checked" relating to:

- Engine operation
- Electrical systems
- Diagnostic checks
- Brake components

This raises material questions about whether the PDI was performed competently or merely "rubber-stamped".

## 4. Relevance to Claims:

This exhibit directly undermines any assertion by Defendants that:

- The vehicle was properly inspected prior to sale.
- Plaintiff was properly informed of warranty terms and Lemon Law materials.
- All manufacturer-required paperwork was completed and retained.
- Dealership maintenance and documentation practices were reliable.

It further supports Plaintiff's broader position regarding:

- Systemic dealership documentation failures,
- Manufacturer reliance on flawed or incomplete data, and
- The unreliability of any records now being used for litigation defenses (including warranty-validation arguments).

**Accordingly, TS-31 is offered** to demonstrate the unreliability of Defendants' documentation and internal warranty assertions.

---

**Respectfully submitted,**

**Tyler J. Swain**
Plaintiff, *Pro Se*

# PDI and Final Delivery Checklist

Separate and use for flap insert




**2024 RIDGELINE**

# Pre-Delivery Inspection HN-8245 K1024453 2024 Honda Ridgeline

| Model | Year | Color | Key Code | Audio/Navi Code | Date |
|---|---|---|---|---|---|
| Ridgeline | 2024 | Grey | M693 | N/A | 8/19/24 |
| **VIN** | | | **Stock #** | **Technician** | **DPTS ID** |
| 5FPYK3F18RB031341 | | | 80176 | 705 | D807778 |

*INSTRUCTIONS: Use the appropriate Service Manual, Owner's Manual, and Service Bulletin to do each operation listed below. Mark a check-box upon inspection or draw a line through an item if it does not apply to the vehicle.*

## Before Starting the PDI

- ☑ Install the under-hood backup fuse
- ☑ **Check battery cables** and terminal tightness
- ☑ **Check battery charge** with tester, attach the test strip to the Repair Order (S/B 88-023, Battery Testing and Replacement)
- ☑ Check fill door and fill up fuel tank, check gauge
- ☑ **Take out of maintenance mode**
- ☑ Remove protective films and wash vehicle

## 1. Vehicle Interior (Part 1)

- ☑ Remove all items from the glove box, cargo area/in-bed trunk
- ☑ Install and anchor front and rear floor mats
- ☑ Check seat belt and child-proof lock operation
- ☑ Check brake and parking brake adjustments

## 2. Vehicle Exterior (Part 1)

***Walk-around***

- ☑ Check body fit and alignment
- ☑ Check paint finish for dents, dings, scratches, and blemishes
- ☑ Check hinges, locks, and latches (operation of doors, hood, tailgate, and in-bed trunk)

## 3. Under Hood - Engine Cold

- ☑ Check condition of wiring, hoses, and clamps
- ☐ Check fluid levels:
  - Engine oil
  - Coolant (including concentration)
  - Brake fluid
  - Washer fluid (including concentration)
- ☑ Check for fluid leaks

## 4. Under Vehicle

***Raise vehicle on lift to full height***

- ☑ Check rear differential fluid level
- ☑ Check transfer assembly fluid level
- ☑ Check tires for defects or damage
- ☑ Check brakes and brake lines
- ☑ Check fuel line

*1: If equipped

- ☑ Check suspension (including suspension bolt torque paint)
- ☑ Check for fluid leaks
- ☑ Check steering gearbox and linkage
- ☑ Check driveline/axle/CV boots
- ☑ Check exhaust components
- ☑ Check underbody
- ☑ Check body panels (low view) for dents, scratches, etc.
- ☑ Install body plugs (see PDI Information Service Bulletin)

## 5. Vehicle Exterior (Part 2)

***Lower vehicle to half-height***

- ☑ Install front license plate holder*1
- ☑ Check body fit, alignment, and paint condition

***Lower vehicle to ground***

- ☑ **Adjust tire pressures to doorjamb label specs** (including spare tire)
- ☑ **Initialize the TPMS sensors** (see PDI Information Service Bulletin)
- ☑ **Check wheel nut torque**
- ☑ Check keys and remote transmitters
- ☑ Check keyless entry
- ☑ Check security system operation

## 6. Rear Seats / Cargo Bed

- ☑ Check trim appearance and fit
- ☑ Check cargo area lights
- ☑ Check spare tire tray, jack, and tools
- ☑ Check truck bed audio*1
- ☑ Check folding rear seat operation
- ☑ Secure rear seat legs into floor guides
- ☑ Check adjustable head restraint and rear center armrest operation
- ☑ Check Bed Lights

## 7. Under Hood - Engine Idling

- ☑ Check engine cooling fan operation
- ☑ Check engine coolant temperature gauge operation
- ☑ Do idle learn procedure (see PDI Information Service Bulletin)
- ☑ Check engine idle speed (A/C on/off)
- ☑ Check throttle operation and idle return
- ☑ Check tachometer
- ☑ Check drive belt tension indicator
- ☑ Check for abnormal noise/vibration, in and out of gear
- ☑ Check transmission fluid (run until engine fan turns on, turn the engine off, then check the fluid level)

## 8. Vehicle Interior (Part 2)

- ☑ Check glove box operation
- ☑ Check seat adjustments
- ☑ Check front seat heaters*1/ventilators operation*1
- ☑ Check rear seat heaters*1
- ☑ Check console for parts and operation
- ☑ Check tilt/telescoping steering column operation
- ☑ Check rearview camera operation
- ☑ Exit anti-theft mode (close the "Enter Code" screen by pressing and holding power button for about 2 seconds)
- ☑ Do navigation system PDI*1 (see PDI of the Navigation System Service Bulletin)
- ☑ Set the clock (non-navigation)
- ☑ Check audio system
- ☑ Check SiriusXM® Radio*1 (do dealer rapid refresh, if needed)
- ☑ Check *Bluetooth*® HandsFreeLink® operation
- ☑ Check steering wheel audio/voice control buttons
- ☑ Check instrument brightness control
- ☑ Check instrument panel indicators
- ☑ Check passenger airbag off indicator

*1: If equipped

## 8. Vehicle Interior (Part 2 cont'd)

- ☑ Check Honda Sensing® indicators: Adaptive Cruise Control, Lane Keeping Assist System, Road Departure Mitigation, Collision Mitigation Braking System™
- ☑ Check exterior lights: headlights, taillights, parking lights, brake lights, turn signals and indicators, hazard lights, fog lights, and license plate lights
- ☑ Check headlight aim
- ☑ Check wipers/washers
- ☑ Check horn
- ☑ Check assist handle mountings
- ☑ Check rear defogger operation
- ☑ Check interior lights: front and rear map, glove box, vanity mirror lights
- ☑ Initialize auto-up/down windows
- ☑ Check power mirror operation (including reverse tilt*1)
- ☑ Check moonroof operation*1
- ☑ Check auto-dimming mirrors*1
- ☑ Check HomeLink® transceiver
- ☑ Check outside temperature display
- ☑ Check accessory power socket
- ☑ Check sun visors
- ☑ Check interior cleanliness
- ☑ Check Wi-Fi operation

## 9. Road Test

- ☑ Initialize navigation system*1 (see PDI of the Navigation System Service Bulletin)
- ☑ Check engine performance under all driving conditions
- ☑ Check transmission
- ☑ Verify the steering wheel is centered and free from vibration (tire balance)
- ☑ Verify the vehicle tracks straight
- ☑ Check speedometer
- ☑ Check HVAC operation
- ☑ Check for squeaks, rattles, or wind noise
- ☑ Check ECON mode
- ☑ Check Cruise Control/Adaptive Cruise Control operation
- ☑ Check audio and navigation*1 voice controls
- ☑ Check remote engine start
- ☑ Check parking sensor operation*1
- ☑ Check Intelligent Traction Management operation

I certify that a Pre-Delivery Inspection to Honda specifications has been completed on this vehicle. All items requiring attention have been serviced according to standards and now pass inspection.

HONDA

Dustin Groat 8/19/24
Technician Date

Pre-Delivery Inspector Date

*1: If equipped

## 8. Vehicle Interior (Part 2 cont'd)

- ☑ Check Honda Sensing® indicators: Adaptive Cruise Control, Lane Keeping Assist System, Road Departure Mitigation, Collision Mitigation Braking System™
- ☑ Check exterior lights: headlights, taillights, parking lights, brake lights, turn signals and indicators, hazard lights, fog lights, and license plate lights
- ☑ Check headlight aim
- ☑ Check wipers/washers
- ☑ Check horn
- ☑ Check assist handle mountings
- ☑ Check rear defogger operation
- ☑ Check interior lights: front and rear map, glove box, vanity mirror lights
- ☑ Initialize auto-up/down windows
- ☑ Check power mirror operation (including reverse tilt*1)
- ☑ Check moonroof operation*1
- ☑ Check auto-dimming mirrors*1
- ☑ Check HomeLink® transceiver
- ☑ Check outside temperature display
- ☑ Check accessory power socket
- ☑ Check sun visors
- ☑ Check interior cleanliness
- ☑ Check Wi-Fi operation

## 9. Road Test

- ☑ Initialize navigation system*1 (see PDI of the Navigation System Service Bulletin)
- ☑ Check engine performance under all driving conditions
- ☑ Check transmission
- ☑ Verify the steering wheel is centered and free from vibration (tire balance)
- ☑ Verify the vehicle tracks straight
- ☑ Check speedometer
- ☑ Check HVAC operation
- ☑ Check for squeaks, rattles, or wind noise
- ☑ Check ECON mode
- ☑ Check Cruise Control/Adaptive Cruise Control operation
- ☑ Check audio and navigation*1 voice controls
- ☑ Check remote engine start
- ☑ Check parking sensor operation*1
- ☑ Check Intelligent Traction Management operation

I certify that a Pre-Delivery Inspection to Honda specifications has been completed on this vehicle. All items requiring attention have been serviced according to standards and now pass inspection.

HONDA

Dustin Great 8/19/24
Technician Date

Pre-Delivery Inspector Date

*1: If equipped

## 10. Final Inspection (At Delivery)

- ☐ **Check battery charge** with tester, attach the test strip to the Repair Order (S/B 88-023, Battery Testing and Replacement)
- ☐ Check for any open recalls or service campaigns
- ☐ Remove interior protective coverings (if not already removed)
- ☐ Wash and clean vehicle
- ☐ Check paint finish for dents, dings, scratches, and blemishes
- ☐ Remove window sticker and clean window
- ☐ Check interior cleanliness
- ☐ **Recheck tire pressures** to doorjamb label specs (including spare tire)
- ☐ Place glove box materials in glove box
- ☐ Place bag containing Function(+) package items in cabin*1

*1: If equipped

Your authorized Honda dealer certifies that all emissions-control system preparation required by the manufacturer prior to the sale of the vehicle has been performed. Also, based on information furnished by the manufacturer, the vehicle is covered by an EPA Certificate of Conformity.

Finally, based on visual inspection of emissions control devices without the removal or adjustment of any component, there are no apparent deficiencies in the installation of such devices by the manufacturer. Under the Honda Emissions Performance Warranty, if your vehicle fails an EPA-approved Emissions Short Test within 90 days or 4,000 miles from the date or mileage at the time of delivery (whichever comes first), we will adjust, repair, or replace any parts necessary to remedy the nonconformity. We will make such repairs without cost to you whether you are penalized for failing the test or not. To qualify for this coverage, you must use and maintain your vehicle according to the instructions in your owner's manual. NOTE: See your warranty booklet for details of the full emissions performance warranty coverage.

Dealership Authorized Signature Date

## New Owner Information

The dealership has provided and the owner hereby acknowledges:

| | Dealer Initials | Owner Initials |
|---|---|---|
| Receipt of lemon law materials | | |
| Receipt of Owner's Manual | | |
| Receipt of Warranty Information | | |
| Enrollment in Honda Owners | | |
| Personalized settings completed | | |

Dealership Authorized Signature Date

Owner's Signature Date

## 10. Final Inspection (At Delivery)

- ☐ **Check battery charge** with tester, attach the test strip to the Repair Order
  (S/B 88-023, Battery Testing and Replacement)
- ☐ Check for any open recalls or service campaigns
- ☐ Remove interior protective coverings (if not already removed)
- ☐ Wash and clean vehicle
- ☐ Check paint finish for dents, dings, scratches, and blemishes
- ☐ Remove window sticker and clean window
- ☐ Check interior cleanliness
- ☐ **Recheck tire pressures** to doorjamb label specs (including spare tire)
- ☐ Place glove box materials in glove box
- ☐ Place bag containing Function(+) package items in cabin*1

*1: If equipped

Your authorized Honda dealer certifies that all emissions-control system preparation required by the manufacturer prior to the sale of the vehicle has been performed. Also, based on information furnished by the manufacturer, the vehicle is covered by an EPA Certificate of Conformity.

Finally, based on visual inspection of emissions control devices without the removal or adjustment of any component, there are no apparent deficiencies in the installation of such devices by the manufacturer. Under the Honda Emissions Performance Warranty, if your vehicle fails an EPA-approved Emissions Short Test within 90 days or 4,000 miles from the date or mileage at the time of delivery (whichever comes first), we will adjust, repair, or replace any parts necessary to remedy the nonconformity. We will make such repairs without cost to you whether you are penalized for failing the test or not. To qualify for this coverage, you must use and maintain your vehicle according to the instructions in your owner's manual. NOTE: See your warranty booklet for details of the full emissions performance warranty coverage.

Dealership Authorized Signature Date

## New Owner Information

The dealership has provided and the owner hereby acknowledges:

| | Dealer Initials | Owner Initials |
|---|---|---|
| Receipt of lemon law materials | | |
| Receipt of Owner's Manual | | |
| Receipt of Warranty Information | | |
| Enrollment in Honda Owners | | |
| Personalized settings completed | | |

Dealership Authorized Signature Date

Owner's Signature Date